**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 18-6672**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

JEROME FREDERICK SATTERFIELD,

Defendant - Appellant.

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro.  Thomas D. Schroeder, Chief District Judge.  (1:99-cr-00131-TDS-1)

Submitted:  October 26, 2018                    Decided:  November 15, 2018

Before WILKINSON, MOTZ, and KEENAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Jerome Frederick Satterfield, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jerome Frederick Satterfield appeals from the district court's order granting his motion for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2) (2012), but denying his request to have his federal sentence run concurrently to his state sentence. We have reviewed the court's order de novo and find no error. *United States v. Peters*, 843 F.3d 572, 577 (4th Cir. 2016), *cert. denied*, 137 S. Ct. 2267 (2017) (stating standard of review). We therefore affirm. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*